IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **ALISHA ASKEW, DEBORAH WILLIAMS** and, **SHAVONNA ASKEW,** *Individually and on behalf of themselves and all other similarly situated current and former employees*, <br><br> Plaintiffs, <br><br> v. <br><br> **INTER-CONTINENTAL HOTELS CORPORATION (a/k/a "IHG"),** **LINGATE HOSPITALITY,** *an assumed name of* **GLENN ENTERPRISES, INC.,** **LINGATE,** *a subsidiary of Glenn Enterprises, Inc.,* **BURGER THEORY**, *an assumed name of* **BIG BLUE BAR, INC.,** *and,* **GLENN HIGDON,** *Individually*, <br><br> Defendants. | **CASE NO.** 5:19-cv-24 <br><br> FLSA Opt-In Collective Action <br><br> **JURY DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN OPT-IN PLAINTIFFS PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii) WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, by and through counsel, hereby give notice that Opt-in Plaintiffs Mario Smith, Cameron Braden, Eliyssa Lawrence, Shannon De Lozier, Carman Hinnant, and Jared Gonzalez are voluntarily dismissed from this action, without prejudice, as they were not employed by Defendants in a tipped employee capacity and paid at or above minimum wage.

1

Respectfully submitted,

*/s/ Robert E. Turner, IV*
Gordon E. Jackson* (TN BPR #08323)
J. Russ Bryant* (TN BPR #33830)
Robert E. Turner, IV* (TN BPR #35364)
**JACKSON, SHIELDS, YEISER & HOLT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Tel: (901) 754-8001
Fax: (901) 759-1745
*gjackson@jsyc.com*
*rbryant@jsyc.com*
*rturner@jsyc.com*

* *Admitted Pro Hac Vice*

&

Lori Keen (KY BPR #90250)
Attorney at Law
26 North 2nd St.
Memphis, TN 38103
(901) 527-4673
lkeen@gwtclaw.com

Attorneys for Plaintiffs

*-and-*

*s/David L. Kelly*
KEULER, KELLY, HUTCHINS,
BLANKENSHIP & SIGLER, LLP
100 S. 4th Street, Suite 400
Paducah, KY 42001
Phone: (270) 448-8888
Fax: (270) 448-0998

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

This is to certify that on the 13th day of June, 2022, a copy of the above and foregoing was served via the Court's CM/ECF system to all parties.

*/s/ Robert E. Turner, IV*